IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ERIK HOLZBAUR | § | |
| | § | No. 289, 2025 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| TROLLEY SQUARE | § | |
| HOSPITALITY GROUP, LLC a | § | C.A. No. 2023-0181 |
| Delaware limited liability company | § | |
| and ERIC C. SURGE, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: January 14, 2026
Decided: February 2, 2026

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## O R D E R

NOW this 2nd day of February 2026, the Court having considered this matter on the briefs and oral arguments and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated June 4, 2025 and its Final Order and Judgment dated June 23, 2025;

NOW THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice